# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SANTOS OSORIO-RECINOS, | |
| Petitioner, | Case No. 10-1693-RSL |
| v. | **ORDER OF DISMISSAL** |
| NATHALIE R. ASHER, Field Office Director of Immigration and Customs Enforcement, *et al*., | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss Petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. 11) is GRANTED, and this action is DISMISSED for lack of subject matter jurisdiction; the stay of removal (Dkt. 3) entered on October 20, 2010, is VACATED; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of February, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 1